[No. 11439-2-III.   Division Three.   August 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MICHAEL STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 90-1-00009-0, Wallis W. Friel, J., entered October 28, 1990. *Reversed* and *dismissed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11685-9-III.   Division Three.   August 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHERINE MARIE KNEFF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00487-3, Harold D. Clarke, J., entered June 10, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 11446-5-III.   Division Three.   August 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE EDWARD MULLENIX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01276-1, Thomas E. Merryman, J., entered February 22, 1991. *Affirmed* by unpublished opinion per Webster, J., concurred in by Munson and Sweeney, JJ.